HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JOSE MANUEL ONTIVEROS VERDUGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> JOSE MANUEL ONTIVEROS VERDUGO, <br> Defendant. | Case No: 2:23-CR-0162-DAD <br><br> STIPULATED REQUEST TO SET CHANGE OF PLEA HEARING FOR JOSE MANUEL ONTIVEROS VERDUGO; ORDER <br><br> District Judge Dale A. Drozd <br> New Date: March 3, 2025 <br> Time:     9:30 a.m. |

Defendant JOSE MANUEL ONTIVEROS VERDUGO, through his attorney, Assistant Federal Defender Rachelle Barbour, and the UNITED STATES OF AMERICA, through AUSA Adrian Kinsella, hereby stipulate and jointly request that Mr. Ontiveros Verdugo's matter be set for change of plea hearing on March 3, 2025, at 9:30 a.m. The parties will provide the plea agreement to the Court.

//

//

Stipulation/Order – Jose Ontiveros Verdugo   1

Because Jose Manuel Ontiveros Verdugo is in Marshals custody at Taft with a waiver of appearance on file, this matter is being requested with a proposed order that will enable the Marshals to bring him to Sacramento in person for his change of plea on March 3, 2025. This stipulation and order only applies to Jose Manuel Ontiveros Verdugo and should not affect the previously-set date of March 10, 2025 for the other codefendants in this case.

Date: February 7, 2025                    Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          /s/ Rachelle Barbour
                                          RACHELLE BARBOUR
                                          Attorney for Defendant
                                          JOSE MANUEL ONTIVEROS VERDUGO

DATED: February 7, 2025                   MICHELE BECKWITH
                                          Acting United States Attorney

                                          /s/ Adrian Kinsella
                                          ADRIAN KINSELLA
                                          Assistant U.S. Attorney
                                          Attorney for the United States

O R D E R

The change of plea hearing for Jose Manuel Ontiveros Verdugo is set for March 3, 2025 at 9:30 a.m. Mr. Verdugo shall be transported so that he may personally appear on that date for court.

IT IS SO ORDERED.

Dated:  **February 7, 2025**              _Dale A. Drozd_
                                          DALE A. DROZD
                                          UNITED STATES DISTRICT JUDGE