HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JOSE MANUEL ONTIVEROS VERDUGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> vs. <br><br> JOSE MANUEL ONTIVEROS VERDUGO, <br><br> Defendant. | Case No: 2:23-CR-0162-DAD <br><br> STIPULATED REQUEST TO CONTINUE SENTENCING HEARING AND PSR DATES; ORDER <br><br> District Judge Dale A. Drozd <br> New Date: July 28, 2025 <br> Time:       9:30 a.m. |

Defendant JOSE MANUEL ONTIVEROS VERDUGO, through his attorney, Assistant Federal Defender Rachelle Barbour, and the UNITED STATES OF AMERICA, through AUSA Adrian Kinsella, hereby stipulate and jointly request that Mr. Ontiveros Verdugo's sentencing date be continued from June 16, 2025, to July 28, 2025, at 9:30 a.m. and that the remaining PSR dates be continued as follows:

| | |
|---|---|
| Sentencing | July 28, 2025 |
| Reply or statement of non-opposition | July 21, 2025 |
| Motion for Correction of PSR | July 14, 2025 |
| Final PSR | July 7, 2025 |
| Informal Objections to PSR | June 30, 2025 |

Stipulation/Order – Jose Ontiveros Verdugo       1

The parties have consulted with the Probation Officer, who concurs with this request. The continuance is requested because Mr. Ontiveros-Verdugo is in custody in Taft, California, a remote jail requiring travel to go over the documents with him. Defense counsel needs additional time to discuss sentencing and the Draft PSR with Mr. Ontiveros-Verdugo.

Date: April 30, 2025                    Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ Rachelle Barbour
                                        RACHELLE BARBOUR
                                        Attorney for Defendant
                                        JOSE MANUEL ONTIVEROS VERDUGO

Date: April 30, 2025                    MICHELE BECKWITH
                                        Acting United States Attorney

                                        /s/ Adrian Kinsella
                                        ADRIAN KINSELLA
                                        Assistant U.S. Attorney
                                        Attorney for the United States

## O R D E R

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in this case is continued from June 16, 2025, to July 28, 2025, at 9:30 a.m. and the presentence report and related filing dates proposed by the parties are adopted by the Court.

IT IS SO ORDERED.

Dated:  **April 30, 2025**

                                        _____
                                        DALE A. DROZD
                                        UNITED STATES DISTRICT JUDGE