HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JOSE MANUEL ONTIVEROS VERDUGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>JOSE MANUEL ONTIVEROS VERDUGO,<br><br>    Defendant. | Case No: 2:23-CR-0162-DAD-3<br><br>STIPULATED REQUEST TO CONTINUE SENTENCING HEARING; ORDER<br><br>District Judge Dale A. Drozd<br>New Date: August 4, 2025<br>Time:    9:30 a.m. |

Defendant JOSE MANUEL ONTIVEROS VERDUGO, through his attorney, Assistant Federal Defender Rachelle Barbour, and the UNITED STATES OF AMERICA, through AUSA Adrian Kinsella, hereby stipulate and jointly request that Mr. Ontiveros Verdugo's sentencing date be continued from July 28, 2025, to August 4, 2025, at 9:30 a.m. The Defense has consulted with the Probation Officer, who confirmed her availability for the new date.

//

//

Stipulation/Order – Jose Ontiveros Verdugo

The one-week continuance is requested because Mr. Ontiveros-Verdugo has recently been moved between two remote jails, and Defense counsel requires the additional week to review the final PSR and sentencing filings with Mr. Ontiveros-Verdugo prior to the hearing.

Date: July 22, 2025                         Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            /s/ Rachelle Barbour
                                            RACHELLE BARBOUR
                                            Attorney for Defendant
                                            JOSE MANUEL ONTIVEROS VERDUGO

Date:  July 22, 2025                        KIMBERLY A. SANCHEZ
                                            Acting United States Attorney

                                            /s/ Adrian Kinsella
                                            ADRIAN KINSELLA
                                            Assistant U.S. Attorney
                                            Attorney for the United States

O R D E R

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing is continued to August 4, 2025 at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **July 22, 2025**

                                            _____
                                            DALE A. DROZD
                                            UNITED STATES DISTRICT JUDGE

2